# IN THE SUPREME COURT OF THE STATE OF NEVADA

JOEY KADMIRI,
     **Appellant,**

vs.

THE STATE OF NEVADA,
     **Respondent.**

No. 81462

**FILED**

JUL 3 0 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from the "denial to order preservation of evidence." Eighth Judicial District Court, Clark County; Eric Johnson, Judge.

Because no statute or court rule permits an appeal from the aforementioned order, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Accordingly, this court

ORDERS this appeal DISMISSED.

        _____, J.
        Parraguirre

_____, J.    _____, J.
Hardesty          Cadish

cc: Hon. Eric Johnson, District Judge
Joey Kadmiri
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A